Dismissed and Memorandum Opinion filed February 5, 2004









Dismissed and Memorandum Opinion filed February 5,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01394-CV

____________

 

LESLIE DIANE HOGAN, ET AL.,
Appellants

 

V.

 

UNIVERSITY OF TEXAS MEDICAL BRANCH AT
GALVESTON, Appellee

 



 

On Appeal from the 56th
District Court

Galveston County, Texas

Trial Court Cause No.  03CV1493

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed September 23, 2003.

On January 20, 2004, appellants filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 5, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.